ORIGINAL

TAISACAN_T.amgar

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
Clerk
District Court

FEB -2 2006

For The Northern Mariana Islands
By_____
   (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 00-00022 |
| Plaintiff, ) | |
| vs. ) | **STIPULATED MOTION FOR AN AMENDED WRIT OF CONTINUING GARNISHMENT** |
| TRINA G. TAISACAN, ) | |
| Defendant, ) | |
| _____ ) | |
| CNMI PUBLIC SCHOOL SYSTEM, ) FISCAL & BUDGET OFFICE, ) | |
| Garnishee. ) | |

WHEREAS Defendant, TRINA G. TAISACAN, P.O. Box XXXXXX, Rota, Guam 96951, Social Security Number XXX-XX-1431, has requested that wages paid to the judgment defendant, in the amount of $150.00 per pay period, be made payable to the Clerk, U.S. District for the Northern Mariana Islands for payment toward her restitution that is due and owing;

//

Plaintiff, UNITED STATES OF AMERICA, and Defendant, TRINA G. TAISACAN, hereby jointly move the Court for an order of a writ of continuing garnishment on the wages paid to the judgment defendant, in the amount of $150.00 per pay period, until her restitution obligation is paid in full.

Dated: Jan. 09, 2006

_____
TRINA G. TAISACAN
Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 1/23/06    By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney