TAISACAN_T.amgar

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 00-00022 |
|---|---|
| Plaintiff, | |
| vs. | **AMENDED WRIT OF CONTINUING GARNISHMENT** |
| TRINA G. TAISACAN, | |
| Defendant, | |
| CNMI PUBLIC SCHOOL SYSTEM, FISCAL & BUDGET OFFICE, | |
| Garnishee. | |

Upon stipulated motion of Plaintiff and Defendant for an order of Writ of Continuing Garnishment on Defendant, TRINA G. TAISACAN's wages in the amount of $150.00 per pay period.

//

//

//

1  IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on

2  wages in the amount of $50.00 per pay period of TRINA G. TAISACAN, Social Security

3  Number XXX-XX-1431, until further notice.

4  Checks should be made payable to:

5  **CLERK, U.S. DISTRICT COURT FOR THE NMI**

6  and mailed to:

7  U.S. District Court for the Northern Mariana Islands
   2nd Floor, Horiguchi Building, Garapan
8  P.O. Box 500687
   Saipan, MP 96950
9

10  DATED this __2ND__ day of ____FEBRUARY____, 2006.

11

12                                      _Alex R. Munson_
13                                      ALEX R. MUNSON
                                        Chief Judge
14                                      District Court for the Northern
                                            Mariana Islands
15

RECEIVED

FEB -2 2006

Clerk
District Court
For The Northern Mariana Islands

- 2 -