```
TAISACAN_T.amgar
```

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

```
F I L E D
Clerk
District Court

FEB 28 2006

For The Northern Mariana Islands
By_____
      (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TRINA G. TAISACAN, ) <br> ) <br> Defendant, ) <br> _____) <br> ) <br> CNMI PUBLIC SCHOOL SYSTEM, ) <br> FISCAL & BUDGET OFFICE, ) <br> ) <br> Garnishee. ) <br> _____) | CRIMINAL CASE NO. 00-00022 <br><br> **CERTIFICATE OF SERVICE** |

  I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that filed copies of the following: **Stipulated Motion for an Amended Writ of Continuing Garnishment** and **Amended Writ of Continuing Garnishment** were sent to the defendant and garnishee by mail on February 7, 2006.

                          /s/ Michelle Perez
                          MICHELLE PEREZ