1  Taisacan_T.aacg4

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorney's for United States of America

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN MARIANA ISLANDS

10 UNITED STATES OF AMERICA,    )    CRIMINAL CASE NO. 00-00022
                                )
11          Plaintiff,           )
                                )
12     vs.                       )    **ANNUAL ACCOUNTING**
                                )    **IN GARNISHMENT**
13 TRINA G. TAISACAN,           )
                                )
14          Defendant.           )
                                )
15 _____)

16 To:  CNMI Public School System
        Fiscal & Budget Office
17      Attn.: Payroll
        P.O. Box 1370 CK
18      Saipan, MP 96950

19      Pursuant to Title 28 U.S.C. § 3205(c)(9)(A), the United States of America submits the

20 following annual accounting of the monies and property received under the Writ of Continuing

21 Garnishment filed in the above entitled action.

22      Pursuant to the Writ of Continuing Garnishment issued on or about May 10, 2002

23 $2,250.00 has been withheld from the Judgment Debtor and applied to the judgment debt.

24      RESPECTFULLY SUBMITTED this _16th_ day of June, 2006.

25
                                    LEONARDO M. RAPADAS
26                                  United States Attorney
                                    Districts of Guam and the NMI
27
28                           By:    _____
                                    MARIVIC P. DAVID
                                    Assistant U.S. Attorney

FILED
Clerk
District Court
JUN 2 0 2006
For The Northern Mariana Islands
By_____
   (Deputy Clerk)

PAYMENT HISTORY
FOR: 2001Z00015

DEBTOR: Taisacan, Trina G
COLLECTION TYPE: 6B
BALANCE AS OF JUNE 12, 2006:  $18,816.16

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|
| 13-JUN-2005 | GC/H | 7341 | 060491 | $ 50.00 |
| 27-JUN-2005 | GC/H | 7378 | 060992 | 50.00 |
| 13-JUL-2005 | GC/H | 7426 | 061471 | 50.00 |
| 25-JUL-2005 | GC/H | 7442 | 061867 | 50.00 |
| 08-AUG-2005 | GC/H | 7475 | 062257 | 50.00 |
| 22-AUG-2005 | GC/H | 7497 | 062788 | 50.00 |
| 06-SEP-2005 | GC/H | 7525 | 0063175 | 50.00 |
| 19-SEP-2005 | GC/H | 7546 | 063524 | 50.00 |
| 03-OCT-2005 | GC/H | 7569 | 064023 | 50.00 |
| 17-OCT-2005 | GC/H | 7612 | 064495 | 50.00 |
| 31-OCT-2005 | GC/H | 7634 | 064856 | 50.00 |
| 15-NOV-2005 | GC/H | 7680 | 065319 | 50.00 |
| 29-NOV-2005 | GC/H | 7703 | 065716 | 50.00 |
| 12-DEC-2005 | GC/H | 7732 | 065982 | 50.00 |
| 17-JAN-2006 | GC/H | 7814 | 066628 | 50.00 |
| 27-JAN-2006 | GC/H | 7831 | 067011 | 50.00 |
| 03-JAN-2006 | GC/H | 7774 | 066325 | 50.00 |
| 07-FEB-2006 | GC/H | 7849 | 068334 | 50.00 |
| 17-FEB-2006 | GC/H | 7868 | 068901 | 150.00 |
| 06-MAR-2006 | GC/H | 7889 | 069337 | 150.00 |
| 20-MAR-2006 | GC/H | 7912 | 069944 | 150.00 |
| 03-APR-2006 | GC/H | 7939 | 070492 | 150.00 |
| 17-APR-2006 | GC/H | 7976 | 071017 | 150.00 |
| 03-MAY-2006 | GC/H | 7998 | 071374 | 150.00 |
| 15-MAY-2006 | GC/H | 8017 | 071826 | 150.00 |
| 26-MAY-2006 | GC/H | 8034 | 072213 | 150.00 |
| 12-JUN-2006 | GC/H | 8064 | 072612 | 150.00 |

TOTAL DOLLAR AMOUNT OF PAYMENTS:  $2,250.00