**TAISACAN_T.svc**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910-5059
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                           )<br>                     Plaintiff,              )<br>                                                           )<br>              vs.                                       )<br>                                                           )<br> TRINA G. TAISACAN,                       )<br>                                                           )<br>                     Defendant,          )<br>_____)<br>                                                           )<br>CNMI PUBLIC SCHOOL SYSTEM,    )<br>FISCAL & BUDGET OFFICE,             )<br>                                                           )<br>                     Garnishee.           )<br>_____) | CRIMINAL CASE NO. 00-00022<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

   The United States of America, the judgment creditor herein, hereby certifies that a filed copy of the following:  **Annual Accounting in Garnishment** was sent to the defendant, garnishee and garnishee's attorney by mail on June 28, 2006.

|   |   |
|---|---|
|   | LEONARDO M. RAPADAS<br>United States Attorney<br>Districts of Guam and the NMI |
| DATED:  7/6/2006 | By:    /s/Marivic P. David<br>MARIVIC P. DAVID<br>Assistant U.S. Attorney<br>Marivic.David@usdoj.gov |