1  **TAISACAN_T.ter**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam  96910-5059
   TEL:  (671) 472-7332
6  FAX:  (671) 472-7215

7  Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 00-00022 |
| Plaintiff, | ) | |
| vs. | ) | **MOTION TO TERMINATE WRIT OF CONTINUING GARNISHMENT** |
| TRINA G. TAISACAN nka TRINA GALE T. BITON, | ) | |
| Defendant, | ) | |
| CNMI PUBLIC SCHOOL SYSTEM, FISCAL & BUDGET OFFICE, | ) | |
| Garnishee. | ) | |

    On or about May 10, 2002, a Writ of Continuing Garnishment and or about February 2, 2006, an Amended Writ of Continuing Garnishment directed to Garnishee were duly issued and served upon the Garnishee.  On or about January 29, 2007 our office confirmed with the

//
//
//
//

garnishee that defendant is no longer employed with them as of October, 2006. Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment against Defendant TRINA G. TAISACAN nka TRINA GALE T. BITON.

DATED this 16th day of April, 2007.

                                LEONARDO M. RAPADAS
                                United States Attorney
                                Districts of Guam and the NMI

By:   /s/ Marivic P. David
        MARIVIC P. DAVID
        Assistant U.S. Attorney
        marivic.david@usdoj.gov