TAISACAN_T.terord

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

F I L E D
Clerk
District Court

APR 1 6 2007

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>TRINA G. TAISACAN<br>nka TRINA GALE T. BITON,<br><br>            Defendant, | CRIMINAL CASE NO. 00-00022<br><br>O R D E R<br><br>Re: United States Motion to Terminate<br>Writ of Continuing Garnishment |
| CNMI PUBLIC SCHOOL SYSTEM,<br>FISCAL & BUDGET OFFICE,<br><br>            Garnishee. | |

Based upon the Plaintiff's Motion to Terminate Writ of Continuing Garnishment, the Court hereby finds that for the reasons stated in the Plaintiff's motion, the Writ of Continuing Garnishment is hereby terminated.

**SO ORDERED**, this __16TH__ day of __April_____, 2007.

_____
ALEX R. MUNSON
Chief Judge
District Court for the Northern
    Mariana Islands

RECEIVED

APR 1 6 2007

Clerk
District Court
The Northern Mariana Islands