**TAISACAN_T.facg**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 00-00022 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **FINAL ACCOUNTING UPON** |
| ) | **TERMINATION OF GARNISHMENT** |
| TRINA G. TAISACAN ) | |
| nka TRINA GALE T. BITON , ) | |
| ) | |
| Defendant, ) | |
| _____) | |

FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT

To:   CNMI Public School System
      Fiscal & Budge Office
      Attn.: Payroll
      P.O. Box 1370 CK
      Saipan, MP 96950

Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the following cumulative accounting of all monies and property received under the Writ of Continuing Garnishment and Amended Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about May 10, 2002, and the Amended Writ of Continuing Garnishment issued on or about February 2, 2006, $8,050.00 has been withheld from the Judgment Debtor and applied to the judgment debt.

You are notified that you have ten (10) days from the receipt of this final accounting to file a written objection to the accounting and request a hearing in accordance with Title 28, U.S.C. § 3205(c)(9)(B). If you do object, you must state your grounds for objection and send the written objection to the United States District Court for the Norther Mariana Islands , 2nd Floor, Horiguchi Building, Garapan, P.O. Box 500687, Saipan, MP 96950 and the United States Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam   96910.

RESPECTFULLY SUBMITTED this 16th day of April, 2007.

        LEONARDO M. RAPADAS
        United States Attorney
        Districts of Guam and NMI


By:   /s Marivic P. David
      MARIVIC P. DAVID
      Assistant U.S. Attorney
      marivic.david@usdoj.gov

PAYMENT HISTORY
FOR: 2001Z00015

DEBTOR:  Taisacan, Trina G
COLLECTION TYPE: 6B
BALANCE AS OF NOVEMBER 13, 2006:    $17,480.06

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|
| 13-JUN-2002 | PC | 5452 | 027854 | $100.00 |
| 01-JUL-2002 | PC | 5487 | 028168 | 50.00 |
| 11-JUL-2002 | PC | 5511 | 028478 | 50.00 |
| 29-JUL-2002 | PC | 5540 | 028781 | 50.00 |
| 13-AUG-2002 | OT | 5568 | 029079 | 50.00 |
| 26-AUG-2002 | OT | 5583 | 029423 | 50.00 |
| 09-SEP-2002 | OT | 5608 | 029904 | 50.00 |
| 25-SEP-2002 | OT | 5630 | 030290 | 50.00 |
| 04-OCT-2002 | OT | 5653 | 030797 | 50.00 |
| 21-OCT-2002 | OT | 5687 | 031194 | 50.00 |
| 31-OCT-2002 | OT | 5697 | 031575 | 50.00 |
| 18-NOV-2002 | OT | 5721 | 032016 | 50.00 |
| 02-DEC-2002 | OT | 5742 | 032401 | 50.00 |
| 13-DEC-2002 | OT | 5759 | 032785 | 50.00 |
| 26-DEC-2002 | OT | 5782 | 33145 | 50.00 |
| 10-JAN-2003 | OT | 5809 | 033392 | 50.00 |
| 24-JAN-2003 | OT | 5833 | 033775 | 50.00 |
| 06-FEB-2003 | OT | 5858 | 034265 | 50.00 |
| 20-FEB-2003 | OT | 5866 | 034675 | 50.00 |
| 07-MAR-2003 | OT | 5900 | 035085 | 50.00 |
| 24-MAR-2003 | OT | 5925 | 035645 | 50.00 |
| 04-APR-2003 | OT | 5953 | 036050 | 50.00 |
| 17-APR-2003 | OT | 5988 | 36541 | 50.00 |
| 05-MAY-2003 | OT | 6017 | 036985 | 50.00 |
| 16-MAY-2003 | OT | 6041 | 037511 | 50.00 |
| 02-JUN-2003 | OT | 6065 | 037946 | 50.00 |
| 13-JUN-2003 | OT | 6083 | 038408 | 50.00 |
| 27-JUN-2003 | OT | 6104 | 038719 | 50.00 |
| 25-JUL-2003 | GC | 6160 | 039582 | 50.00 |
| 15-JUL-2003 | GC | 6143 | 38994 | 50.00 |
| 11-AUG-2003 | GC | 6186 | 040013 | 50.00 |
| 22-AUG-2003 | CL | 6211 |  | 50.00 |
| 08-SEP-2003 | GC | 6240 | 040824 | 50.00 |
| 19-SEP-2003 | GC | 6259 | 041402 | 50.00 |
| 17-OCT-2003 | GC | 6301 | 042167 | 50.00 |
| 03-OCT-2003 | GC | 6283 | 041777 | 50.00 |
| 31-OCT-2003 | GC | 6322 | 042568 | 50.00 |
| 19-NOV-2003 | GC | 6359 | 042971 | 50.00 |
| 28-NOV-2003 | GC | 6374 | 043360 | 50.00 |
| 15-DEC-2003 | GC | 6393 | 43758 | 50.00 |
| 31-DEC-2003 | GC | 6421 | 044097 | 50.00 |
| 08-JAN-2004 | GC | 6435 | 044308 | 50.00 |
| 26-JAN-2004 | GC | 6487 | 044674 | 50.00 |

| | DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|---|
| | ----------------- | --------- | ----------------------- | ---------------- | ---------------------------- |
| | 09-FEB-2004 | GC | 6513 | 044983 | $ 50.00 |
| | 20-FEB-2004 | GC | 6531 | 045371 | 50.00 |
| | 08-MAR-2004 | GC | 6567 | 045766 | 50.00 |
| | 22-MAR-2004 | GC | 6593 | 046226 | 50.00 |
| | 05-APR-2004 | GC | 6617 | 046684 | 50.00 |
| | 21-APR-2004 | GC | 6655 | 047047 | 50.00 |
| | 03-MAY-2004 | GC | 6670 | 047459 | 50.00 |
| | 17-MAY-2004 | GC | 6696 | 047901 | 50.00 |
| | 01-JUN-2004 | GC | 6717 | 6696 | 50.00 |
| | 14-JUN-2004 | GC/H | 6743 | 048697 | 50.00 |
| | 24-JUN-2004 | GC/H | 6756 | 049127 | 50.00 |
| | 19-JUL-2004 | GC/H | 6803 | 049526 | 50.00 |
| | 27-JUL-2004 | GC/H | 6811 | 050016 | 50.00 |
| | 09-AUG-2004 | GC/H | 6826 | 050457 | 50.00 |
| | 20-AUG-2004 | GC/H | 6846 | 050852 | 50.00 |
| | 07-SEP-2004 | GC/H | 6868 | 051178 | 50.00 |
| | 20-SEP-2004 | GC/H | 6887 | 051573 | 150.00 |
| | 04-OCT-2004 | GC/H | 6917 | 052081 | 50.00 |
| | 25-OCT-2004 | GC/H | 6957 | 052555 | 50.00 |
| | 05-NOV-2004 | GC/H | 6977 | 053013 | 150.00 |
| | 15-NOV-2004 | GC/H | 6996 | 053286 | 50.00 |
| | 29-NOV-2004 | GC/H | 7011 | 053788 | 50.00 |
| | 13-DEC-2004 | GC/H | 7033 | 054067 | 50.00 |
| | 10-JAN-2005 | GC/H | 7086 | 054918 | 50.00 |
| | 27-DEC-2004 | GC/H | 7049 | 054534 | 50.00 |
| | 24-JAN-2005 | GC/H | 7107 | 055273 | 50.00 |
| | 07-FEB-2005 | GC/H | 7135 | 055689 | 50.00 |
| | 22-FEB-2005 | GC/H | 7156 | 056467 | 50.00 |
| | 07-MAR-2005 | GC/H | 7182 | 056827 | 50.00 |
| | 21-MAR-2005 | GC/H | 7205 | 057505 | 50.00 |
| | 06-APR-2005 | GC/H | 7229 | 057946 | 50.00 |
| | 18-APR-2005 | GC/H | 7254 | 058465 | 50.00 |
| | 29-APR-2005 | GC/H | 7273 | 058982 | 50.00 |
| | 12-MAY-2005 | GC/H | 7290 | 059539 | 50.00 |
| | 03-JUN-2005 | GC/H | 7332 | 059902 | 50.00 |
| | 13-JUN-2005 | GC/H | 7341 | 060491 | 50.00 |
| | 27-JUN-2005 | GC/H | 7378 | 060992 | 50.00 |
| | 13-JUL-2005 | GC/H | 7426 | 061471 | 50.00 |
| | 25-JUL-2005 | GC/H | 7442 | 061867 | 50.00 |
| | 08-AUG-2005 | GC/H | 7475 | 062257 | 50.00 |
| | 22-AUG-2005 | GC/H | 7497 | 062788 | 50.00 |
| | 06-SEP-2005 | GC/H | 7525 | 0063175 | 50.00 |
| | 19-SEP-2005 | GC/H | 7546 | 063524 | 50.00 |
| | 03-OCT-2005 | GC/H | 7569 | 064023 | 50.00 |
| | 17-OCT-2005 | GC/H | 7612 | 064495 | 50.00 |
| | 31-OCT-2005 | GC/H | 7634 | 064856 | 50.00 |
| | 15-NOV-2005 | GC/H | 7680 | 065319 | 50.00 |
| | 29-NOV-2005 | GC/H | 7703 | 065716 | 50.00 |
| | 12-DEC-2005 | GC/H | 7732 | 065982 | 50.00 |
| | 17-JAN-2006 | GC/H | 7814 | 066628 | 50.00 |
| | 27-JAN-2006 | GC/H | 7831 | 067011 | 50.00 |
| | 03-JAN-2006 | GC/H | 7774 | 066325 | 50.00 |

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|
| 07-FEB-2006 | GC/H | 7849 | 068334 | $ 50.00 |
| 17-FEB-2006 | GC/H | 7868 | 068901 | 150.00 |
| 06-MAR-2006 | GC/H | 7889 | 069337 | 150.00 |
| 20-MAR-2006 | GC/H | 7912 | 069944 | 150.00 |
| 03-APR-2006 | GC/H | 7939 | 070492 | 150.00 |
| 17-APR-2006 | GC/H | 7976 | 071017 | 150.00 |
| 03-MAY-2006 | GC/H | 7998 | 071374 | 150.00 |
| 15-MAY-2006 | GC/H | 8017 | 071826 | 150.00 |
| 26-MAY-2006 | GC/H | 8034 | 072213 | 150.00 |
| 12-JUN-2006 | GC/H | 8064 | 072612 | 150.00 |
| 10-JUL-2006 | GC/H | 08126 | 073714 | 150.00 |
| 24-JUL-2006 | GC/H | 08152 | 074134 | 150.00 |
| 26-JUN-2006 | GC/H | 8081 | 072997 | 150.00 |
| 07-AUG-2006 | GC/H | 08181 | 074557 | 150.00 |
| 23-AUG-2006 | GC/H | 08208 | 075148 | 150.00 |
| 05-SEP-2006 | GC/H | 08230 | 075329 | 150.00 |
| 18-SEP-2006 | GC/H | 08253 | 075891 | 150.00 |
| 29-SEP-2006 | GC/H | 08284 | 076180 | 150.00 |
| 16-OCT-2006 | GC/H | 08330 | 076661 | 150.00 |
| 27-OCT-2006 | GC/H | 08343 | 076964 | 150.00 |
| 13-NOV-2006 | GC/H | 08369 | 077282 | 150.00 |

TOTAL DOLLAR AMOUNT OF PAYMENTS:   **$8,050.00**