**TAISACANT.svc2**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 00-00022 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| TRINA G. TAISACAN<br>nka TRINA GALE T. BITON, | ) | |
| Defendant, | ) | |
| CNMI PUBLIC SCHOOL SYSTEM,<br>FISCAL & BUDGET OFFICE, | ) | |
| Garnishee. | ) | |

    I hereby certify that on **April 16, 2007**, I electronically filed the following: **Motion to Terminate Writ of Continuing Garnishment** and **Final Accounting Upon Termination of Garnishment** with the Clerk of Court using the CM/ECF system. A copy of the following documents: **Motion to Terminate Writ of Continuing Garnishment**, **Order Re: United States Motion to Terminate Writ of Continuing Garnishment** and **Final Accounting Upon Termination of Garnishment** were sent to the defendant and garnishee by mail on **April 17, 2007**.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

DATED: 4-18-07    By:    /s/ Marivic P. David
MARIVIC P. DAVID
Assistant U.S. Attorney
marivic.david@usdoj.gov